**Alberine KELLY, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

No. 27695.

Court of Criminal Appeals of Texas.

June 25, 1955.

No attorney on appeal for appellant.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is the unlawful sale of whiskey in a dry area; the punishment, a fine of $150.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed, and no motion for rehearing will be entertained in this appeal.

**Rovena JACKSON, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

No. 27616.

Court of Criminal Appeals of Texas.

June 22, 1955.

No attorney on appeal for appellant.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is murder; the punishment, twenty years in the penitentiary.

Appellant has filed her personal affidavits stating that she no longer desires to prosecute this appeal and requests that the same be dismissed.

This request is accordingly granted, and the appeal is dismissed.